UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MARVIN S. EKKELKAMP,<br><br>        Plaintiff,<br><br>     v.<br><br>TONY KERR et al.,<br><br>        Defendant. | No. ED CV 16-02303-DDP (DFM)<br><br>ORDER OF DISMISSAL |

On July 12, 2017, after repeatedly denying Plaintiff's requests to proceed in forma pauperis, this Court ordered Plaintiff to pay the filing fee of $400 within fifteen (15) days. The Court expressly warned Plaintiff that his case would be dismissed if he failed to pay the filing fee. The Court's deadline has passed, and Plaintiff has not done so or sought an extension of time in which to do so.

///
///
///
///
///

Accordingly, this case is hereby DISMISSED immediately.

Dated: 9/28/17

                                                                                        DEAN D. PREGERSON
                                                                                        United States District Judge

Presented by:

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge